**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
DEMORY, CHARLES J

|  |
|---|
| CHAPTER 7 CASE |
| CASE NO. 04B-46061 JS |
| JUDGE JOHN SQUIRES |

Debtor(s)

**<u>TRUSTEE'S FINAL REPORT</u>**

To:    THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 12/15/04.  The Trustee was appointed on 12/15/04.  An order for relief under Chapter 7 was entered on 12/15/04.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.  The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.    The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 12/29/08 is as follows:

|  |  |  |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 74,116.02 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 52.63 |
| c. NET CASH available for distribution | $ | 74,063.39 |
| d. TRUSTEE/PROFESSIONAL COSTS |  |  |
|    1. Trustee compensation requested (See Exhibit E) | $ | 7,165.80 |

    2.  Trustee Expenses (See Exhibit E)                 $               290.40

    3.  Compensation requested by attorney or other
       professionals for trustee (See Exhibit F)       $         19,627.39

$ _____

5.      The Bar Date for filing unsecured claims expired on <u>05/26/05</u>.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.  Allowed unpaid secured claims                $               0.00

    b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims    $         27,083.59

    c.  Allowed Chapter 11 Administrative Claims        $              0.00

    d.  Allowed priority claims                      $               0.00

    e.  Allowed unsecured claims                  $      1,649,401.20

7.      Trustee proposes that unsecured creditors receive a distribution of 2.85% of allowed claims.

8.      Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $19,627.39. The total of Chapter 7 professional fees and expenses requested for final allowance is $27,083.59. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.      A fee of $1,800.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  12/29/08                                RESPECTFULLY SUBMITTED,


                                                By: /s/David Grochocinski
                                                    DAVID GROCHOCINSKI, TRUSTEE
                                                    1900 RAVINIA PLACE
                                                    ORLAND PARK, IL  60462
                                                    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462

Invoice submitted to:
Demory, Charles

December 17, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **General Administration** | | |
| 2/18/2005 - | DEG | Appear in court on motion to employ counsel and entry of order | 0.50 300.00/hr | 150.00 |
| | | General Administration | | |
| 2/22/2005 - | DEG | Order tract search on real estate located at 2S500 Beechwood, Glen Ellyn, IL | 0.50 375.00/hr | 187.50 |
| | | General Administration | | |
| 3/8/2005 - | DEG | Prepare application and order to extend time 727; set for 3/18/05 | 1.00 300.00/hr | 300.00 |
| | | General Administration | | |
| 4/12/2005 - | DEG | Telephone conference with attorney for Condesico regarding proof of claim filed by debtors in case | 0.20 350.00/hr | 70.00 |
| | | General Administration | | |
| 5/10/2005 - | DEG | Review of DeMory file in advance of 341 and 2004 exam | 2.00 350.00/hr | 700.00 |
| | | General Administration | | |
| - | DEG | Telephone conference with attorney for Michelle Perry regarding resolution of matters regarding real estate and ownership of house. | 0.50 350.00/hr | 175.00 |
| | | General Administration | | |


EXHIBIT

Demory, Charles                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/2005 - | DEG | Conduct 341 meeting and 2004 exam of DeMory | 1.90<br>350.00/hr | 665.00 |
|  |  | General Administration |  |  |
| 5/18/2005 - | DEG | Telephone conference with Lipinsky regarding decision on transfer allegations of real estate; he to call back after discussion with client | 0.30<br>350.00/hr | 105.00 |
|  |  | General Administration |  |  |
| - | DEG | Prepare letter and documents to Gansberg (rep Bank One) | 0.30<br>350.00/hr | 105.00 |
|  |  | General Administration |  |  |
| 6/2/2005 - | DEG | Prepared letter to Jeffrey Gansberg regarding real estate transfer and stock in COMDISCO | 0.50<br>375.00/hr | 187.50 |
|  |  | General Administration |  |  |
| 6/8/2005 - | DEG | Telephone conference with Jeff Gansberg | 0.30<br>350.00/hr | 105.00 |
|  |  | General Administration |  |  |
| 6/9/2005 - | DEG | Telephone conference with Terry Gansby (Bank One) regarding status on avoidance of transfers | 0.30<br>350.00/hr | 105.00 |
|  |  | General Administration |  |  |
| 8/25/2005 - | DEG | Review of motion to settle with debtor; make change and approve same to be filed | 0.80<br>375.00/hr | 300.00 |
|  |  | General Administration |  |  |
| 9/16/2005 - | DEG | Final review of settlement agreement; sign same | 0.00<br>375.00/hr | NO CHARGE |
|  |  | General Administration |  |  |
| 9/21/2005 - | DEG | Review of release in debtor's real estate; sign and send via overnight delivery to John Lipinsky | 1.00<br>375.00/hr | 375.00 |
|  |  | General Administration |  |  |
| - | DEG | Receipt of funds from Coman and Anderson PC; open necessary accounts and deposit of same | 0.90<br>375.00/hr | 337.50 |
|  |  | General Administration |  |  |
| 12/22/2005 - | DEG | Review of claims | 1.00<br>375.00/hr | 375.00 |
|  |  | General Administration |  |  |

Demory, Charles                                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2006 - | DEG | Review of stay proceedings on claim objection; ok same to be filed with court | 0.30 375.00/hr | 112.50 |
|  |  | General Administration |  |  |
| 2/10/2006 - | DEG | Telephone conference with Jeff Gansberg regarding status of claims objection in Comdisco matter | 0.30 350.00/hr | 105.00 |
|  |  | General Administration |  |  |
| 11/9/2007 - | DEG | Conference with  G. Marziani regarding settlement in Comdisco | 0.50 350.00/hr | 175.00 |
|  |  | General Administration |  |  |
| 1/11/2008 - | DEG | Receipt and review of letter from Nisen & Elliott regarding value of CDRs | 0.50 375.00/hr | 187.50 |
|  |  | General Administration |  |  |
| 2/10/2008 - | DEG | Review of settlement motion regarding Comdisco shares of stock; make changes and to counsel to file | 0.80 375.00/hr | 300.00 |
|  |  | General Administration |  |  |
| 5/19/2008 - | DEG | Email to attorney regarding tax identification number regarding Melon Services | 0.20 375.00/hr | 75.00 |
|  |  | General Administration |  |  |
| 5/20/2008 - | DEG | Receipt of settlement funds from Comdisco; deposit of same | 0.50 375.00/hr | 187.50 |
|  |  | General Administration |  |  |
| 7/2/2008 - | DEG | Prepared letter to accountant along with order and necessary documentation to prepare tax returns | 1.20 375.00/hr | 450.00 |
|  |  | General Administration |  |  |
| 7/28/2008 - | DEG | Email to John Lipinsky regarding basis for the redemption of the Comdisco CDRs | 0.20 375.00/hr | 75.00 |
|  |  | General Administration |  |  |
| - | DEG | Email to attorney regarding CDR basis for accountant and tax return | 0.30 375.00/hr | 112.50 |
|  |  | General Administration |  |  |
| 10/7/2008 - | DEG | Prepared letter to A. Horewitch regarding information relative to the source of funds and basis on the CDRs liquidated; enclose documents regarding same | 0.80 375.00/hr | 300.00 |

Demory, Charles                                                                              Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

General Administration

| 11/1/2008 - | DEG | Final review of claims docket | 0.80<br>375.00/hr | 300.00 |

General Administration

| 11/10/2008 - | DEG | Receipt and review of tax returns and invoice from accountant regarding same; preparation of prompt determination letters; sent via certified mail | 1.50<br>375.00/hr | 562.50 |

General Administration

| 11/11/2008 - | DEG | Review tax returns for 2005 and 2008 | 0.80<br>375.00/hr | 300.00 |

General Administration

| - | DEG | Drafted 505(b) letters with documents to IRS & IDR | 0.80<br>375.00/hr | 300.00 |

General Administration

| 11/25/2008 - | DEG | Email to Wildman's office regarding 30,000 shares and assignment of same | 0.20<br>375.00/hr | 75.00 |

General Administration

| 12/3/2008 - | DEG | Receipt and review of letter from Wildman Harrold et al regarding the Comdisco litigation trust claim in the estate of Charles Demory | 0.80<br>375.00/hr | 300.00 |

General Administration

| 12/17/2008 - | DEG | Prepared final report | 4.50<br>375.00/hr | 1,687.50 |

General Administration

| | SUBTOTAL: | | [    27.00 | 9,847.50] |

| | For professional services rendered | | 27.00 | $9,847.50 |

## TRUSTEE COSTS

| | | |
|---|---|---:|
| 1) | **Efficiency Reporting – 2004 exam and transcript** | $ 212.40 |
| 2) | **DuPage County Recorder of Deeds** | 18.00 |
| 3) | **Property Insight – Tract Search** | <u>60.00</u> |

**TOTAL COSTS** $<u>**290.40**</u>

## TRUSTEE'S TASK EXPLANATION

The Trustee collected funds in this estate by conducting a thorough analysis of the transfer by the debtor into a tenancy by the entirety  ownership on or near the filing of the bankruptcy petition.  Investigations reveal a possible avoidance of the transfer and a negotiated settlement concluded with a payment of $20,000 to the estate.

The Trustee was also required to analyze, review and assess the debtor's interest and claims as a shareholder and former management employee of Comdisco and to assess the various claim brought by the litigation trust or other Comdisco creditors versus the debtor's interest.  Many pages of documents were requested to be received and thoroughly reviewed by the Trustee so that a decision and potential outcome could be developed in what was then ongoing litigation in the Comdisco bankruptcy proceeding respecting the claims of former investor/employee.

This resulted in a payment in excess of $53,000 to the estate along with the shares of stock value at $4,200.00.

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                                     $_____74,116.02

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                                   $_____4,347.87

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                          $_____458,082.59

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04B-46061 JS | **Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** DEMORY, CHARLES J | **Filed (f) or Converted (c):** 12/15/04 (f) |
| | **§341(a) Meeting Date:** 01/25/05 |
| **Period Ending:** 12/29/08 | **Claims Bar Date:** 05/26/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 SOUTH 500 BEECHWOOD LANE, GLEN ELLYN | 540,000.00 | 184,203.00 | | 20,000.00 | FA |
| 2 | CHECKING | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | INSURANCE POLICY | 12,117.00 | 0.00 | | 0.00 | FA |
| 6 | IRA | 151,280.98 | 0.00 | | 0.00 | FA |
| 7 | IRA | 130,667.80 | 0.00 | | 0.00 | FA |
| 8 | IRA | 152,516.81 | 0.00 | | 0.00 | FA |
| 9 | CJD CORPORATION | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 94 SHARES CELSION CORP | 47.87 | 0.00 | DA | 0.00 | FA |
| 11 | TELESTONE CORP. STOCK | Unknown | 0.00 | | 0.00 | FA |
| 12 | RTC CARPENTRY | Unknown | 0.00 | | 0.00 | FA |
| 13 | SIP CDRS/COMDISCO  (u) | 60,000.00 | 60,000.00 | | 53,345.09 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 770.93 | Unknown |
| 14 | **Assets    Totals** (Excluding unknown values) | **$1,053,930.46** | **$244,203.00** | | **$74,116.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

CLAIMS IN COMDISCO CHAPTER 11 CASE PENDING

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04B-46061 JS

**Case Name:** DEMORY, CHARLES J

**Period Ending:** 12/29/08

**Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE

**Filed (f) or Converted (c):** 12/15/04 (f)

**§341(a) Meeting Date:** 01/25/05

**Claims Bar Date:** 05/26/05

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

CLAIMS IN CURRENT CASE BEING REVIEWED
TAX RETURNS PENDING
SETTLEMENT WITH DEBTOR ON OTHER ISSUES COMPLETED; CONTEST OF INTEREST OF DEBTOR AS SHAREHOLDER IN COMDISCO AT ISSUE;
AWAITING RESULTS IN OTHER RELATED LITIGATION

**Initial Projected Date Of Final Report (TFR):** December 31, 2006          **Current Projected Date Of Final Report (TFR):** December 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04B-46061 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | DEMORY, CHARLES J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****10-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7478334 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/29/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/06 | | FUNDING ACCOUNT: ********1065 | | 9999-000 | 20,000.00 | | 20,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 6.14 | | 20,006.14 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 23.80 | | 20,029.94 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 23.83 | | 20,053.77 |
| 09/22/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 16.16 | | 20,069.93 |
| 12/22/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 70.17 | | 20,140.10 |
| 03/23/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 70.42 | | 20,210.52 |
| 06/22/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 66.12 | | 20,276.64 |
| 09/21/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 66.33 | | 20,342.97 |
| 12/21/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 66.54 | | 20,409.51 |
| 03/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1700% | 1270-000 | 59.62 | | 20,469.13 |
| 05/12/08 | | CHASE BANK | TRANSFER FUNDS TO PAY USUAL<br>EXPENSES | 9999-000 | | 1,000.00 | 19,469.13 |
| 06/20/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 37.51 | | 19,506.64 |
| 09/19/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 29.20 | | 19,535.84 |
| 12/19/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 29.25 | | 19,565.09 |
| 12/22/08 | | To Account #********1065 | Close CD via CD Rollover | 9999-000 | | 19,565.09 | 0.00 |

| | | | Subtotals : | $20,565.09 | $20,565.09 |
|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 12/29/2008 03:30 PM     V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04B-46061 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | DEMORY, CHARLES J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****10-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7478334 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/29/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 20,565.09 | 20,565.09 | $0.00 |
| | | | Less: Bank Transfers | | 20,000.00 | 20,565.09 | |
| | | | Subtotal | | 565.09 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $565.09 | $0.00 | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 04B-46061 JS | |
| **Case Name:** | DEMORY, CHARLES J | |
| | | |
| **Taxpayer ID #:** | 13-7478334 | |
| **Period Ending:** | 12/29/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****10-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/05 | {1} | COMAN & ANDERSON PC | SETTLEMENT PER ORDER OF 9/16/05 | 1141-000 | 20,000.00 | | 20,000.00 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.36 | | 20,001.36 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 8.69 | | 20,010.05 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.05 | | 20,019.10 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.01 | | 20,029.11 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.28 | | 20,040.39 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #04B-46061, Bond #016026455 | 2300-000 | | 17.11 | 20,023.28 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.76 | | 20,034.04 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.91 | | 20,045.95 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.69 | | 20,058.64 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.63 | | 20,072.27 |
| 06/23/06 | | ACCOUNT FUNDED: ********1019 | | 9999-000 | | 20,000.00 | 72.27 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.70 | | 81.97 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 82.03 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 82.09 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.14 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.19 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.24 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.29 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.05 | | 82.34 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04B-46061, BOND# 016026455 - TERM | 2300-000 | | 17.65 | 64.69 |

| | | | | Subtotals : | $20,099.45 | $20,034.76 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-46061 JS |
| **Case Name:** | DEMORY, CHARLES J |
| **Taxpayer ID #:** | 13-7478334 |
| **Period Ending:** | 12/29/08 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****10-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2/1/07-2/1/08 | | | | |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.72 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.75 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.78 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.81 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.84 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.87 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.90 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 64.96 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.03 | | 64.99 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.03 | | 65.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 0.02 | | 65.04 |
| 02/11/08 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #04B-46061, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 17.87 | 47.17 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.01 | | 47.18 |
| 05/12/08 | | CHASE BANK | TRANSFER FUNDS TO PAY USUAL EXPENSES | 9999-000 | | -1,000.00 | 1,047.18 |
| 05/13/08 | 1004 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY FILING FEE Voided on 05/13/08 | 2700-000 | | 250.00 | 797.18 |
| 05/13/08 | 1004 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | -250.00 | 1,047.18 |

| | | | Subtotals : | | $0.36 | $-982.13 | |

| | |
|---|---|
| {} Asset reference(s) | Printed: 12/29/2008 03:30 PM   V.10.54 |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-46061 JS |
| **Case Name:** | DEMORY, CHARLES J |
| **Taxpayer ID #:** | 13-7478334 |
| **Period Ending:** | 12/29/08 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****10-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 05/13/08 | | | | |
| 05/20/08 | {13} | COMDISCO, INC. | SETTLEMENT WITH COMDISCO | 1229-000 | 52,113.03 | | 53,160.21 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 2.73 | | 53,162.94 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 18.04 | | 53,180.98 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 18.05 | | 53,199.03 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 16.89 | | 53,215.92 |
| 09/30/08 | {13} | COMDISCO HOLDING COMPANY,<br>INC. | SETTLEMENT WITH COMDISCO | 1229-000 | 1,232.06 | | 54,447.98 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 18.64 | | 54,466.62 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 18.47 | | 54,485.09 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2700% | 1270-000 | 13.21 | | 54,498.30 |
| 12/22/08 | | From Account #********1019 | Close CD via CD Rollover | 9999-000 | 19,565.09 | | 74,063.39 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 93,116.02 | 19,052.63 | **$74,063.39** |
| Less: Bank Transfers | 19,565.09 | 19,000.00 | |
| **Subtotal** | **73,550.93** | **52.63** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$73,550.93** | **$52.63** | |

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04B-46061 JS |
| Case Name: | DEMORY, CHARLES J |
| | |
| Taxpayer ID #: | 13-7478334 |
| Period Ending: | 12/29/08 |

| | |
|---|---|
| Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 74,116.02 |
| Net Estate : | $74,116.02 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **CD # ***-*****10-19** | **565.09** | **0.00** | **0.00** |
| **MMA # ***-*****10-65** | **73,550.93** | **52.63** | **74,063.39** |
| **Checking # ***-*****10-66** | **0.00** | **0.00** | **0.00** |
| | **$74,116.02** | **$52.63** | **$74,063.39** |

{} Asset reference(s)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                              CHAPTER 7 CASE
DEMORY, CHARLES J
                                                    CASE NO. 04B-46061 JS

                                                    JUDGE JOHN SQUIRES

                        Debtor(s)

### PROPOSED DISTRIBUTION REPORT

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 27,083.59 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 51,179.80 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>                  $           78,263.39 **

**$4,200.00 is the in-kind distribution of a stock certificate for 60,000 shares of stock of Comdisco to claimant #1.  Actual distribution of cash is $74,063.39.

| 1.       TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2.       TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $        27,083.59 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 7,165.80 | 7,165.80 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 290.40 | 290.40 |
| ADMIN3 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 2,772.50 | 2,772.50 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 16,792.50 | 16,792.50 |
| ADMIN5 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 62.39 | 62.39 |

| 3.       TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4.       TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 5.       TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

§507(a)(3) - Wages, salaries or commissions limited to $4,300.00

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | $ 0.00 | 0.00% |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
| | | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
| | | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ | 1,649,401.20 | 3.103% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
| 001 | JOHN COSTELLO TRUSTEE FOR COMDISCO LITIGATION TRUST | | 1,536,332.30 | 43,471.35 |
| 002 | CHASE MANHATTAN BANK USA NA | | 7,464.37 | 231.61 |
| 003 | DISCOVER BANK | | 6,516.98 | 202.22 |
| 004 | CITIBANK SD NA | | 13,322.37 | 413.38 |
| 005 | CHASE MANHATTAN BANK USA NA SUCCESSOR IN INTEREST | | 1,884.59 | 58.48 |
| 006 | AMERICAN EXPRESS CENTURION BANK | | 616.44 | 19.13 |
| 007 | MBNA AMERICA BANK NA | | 38,626.08 | 1,198.54 |
| 008 | CITBANK USA NA | | 9,037.83 | 280.44 |
| 009 | CHASE MANHATTAN BANK USA NA SUCCESSOR IN INTEREST | | 35,600.24 | 1,104.65 |
| | | TOTAL | $ | 46,979.80 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | General Unsecured Subordinated claims | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
| | | TOTAL | $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $     0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $     0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $     0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $     0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____
                                      DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 16,792.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 62.39 | |
| | | | 16,854.89 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 2,772.50 | |
| | | | 2,772.50 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 19,627.39 | $ 19,627.39 |