**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DEMORY, CHARLES J<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-46061 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   DuPage County Courthouse
          505 N. County Farm Road, Courtroom 4016
          Wheaton, Illinois 60187

    on:   **February 20, 2009**
    at:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $           74,116.02

    b. Disbursements                         $               52.63

    c. Net Cash Available for Distribution   $           74,063.39**

**Total distribution of $78,263.39 because of in-kind distribution of a stock certificate for 60,000 shares of stock of Comdisco to claimaint #1

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $7,165.80 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $290.40 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $2,772.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $16,792.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $62.39 |

5.     Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.     Claims of general unsecured creditors totaling $1,649,401.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 3.103%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | JOHN COSTELLO TRUSTEE FOR COMDISCO LITIGATION TRUST | $ 1,536,332.30 | $ 43,471.35 |
| 002 | CHASE MANHATTAN BANK USA NA | $ 7,464.37 | $ 231.61 |
| 003 | DISCOVER BANK | $ 6,516.98 | $ 202.22 |
| 004 | CITIBANK SD NA | $ 13,322.37 | $ 413.38 |
| 005 | CHASE MANHATTAN BANK USA NA SUCCESSOR IN INTEREST | $ 1,884.59 | $ 58.48 |
| 006 | AMERICAN EXPRESS CENTURION BANK | $ 616.44 | $ 19.13 |
| 007 | MBNA AMERICA BANK NA | $ 38,626.08 | $ 1,198.54 |
| 008 | CITBANK USA NA | $ 9,037.83 | $ 280.44 |

| 009 | CHASE MANHATTAN BANK USA NA SUCCESSOR IN INTEREST | $ 35,600.24 | $ 1,104.65 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, checking, household goods and shares in Celsion Corp and Comdisco shares

Dated: **January 27, 2009**             For the Court,

By:**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| DEMORY, CHARLES J | | |
| | | CASE NO. 04B-46061 JS |
| | | JUDGE JOHN SQUIRES |
| | Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | | |
|---|---|---|---|---|
| 1. | Trustee's compensation | | $ | 7,165.80 |
| 2. | Trustee's expenses | | $ | 290.40 |
| | | TOTAL | $ | 7,456.20 |
| 3. | Chapter 11 Trustee's compensation | | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | | $ | 0.00 |
| | | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 16,792.50 |
| | b. Expenses | $ | 62.39 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 2,772.50 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

3.      Other Professionals

                                        TOTAL           $_____19,627.39

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

                    ENTERED  _____
                             JOHN SQUIRES
                             UNITED STATES BANKRUPTCY JUDGE