**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DEMORY, CHARLES J<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-46061 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Courtroom 4016
    Wheaton, Illinois 60187

    on: **February 20, 2009**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $            74,116.02

    b. Disbursements                              $                 52.63

    c. Net Cash Available for Distribution        $            74,063.39**

**Total distribution of $78,263.39 because of in-kind distribution of a stock certificate for 60,000 shares of stock of Comdisco to claimaint #1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $7,165.80 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $290.40 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $2,772.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $16,792.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $62.39 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $1,649,401.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.103%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | JOHN COSTELLO TRUSTEE FOR COMDISCO LITIGATION TRUST | $ 1,536,332.30 | $ 43,471.35 |
| 002 | CHASE MANHATTAN BANK USA NA | $ 7,464.37 | $ 231.61 |
| 003 | DISCOVER BANK | $ 6,516.98 | $ 202.22 |
| 004 | CITIBANK SD NA | $ 13,322.37 | $ 413.38 |
| 005 | CHASE MANHATTAN BANK USA NA SUCCESSOR IN INTEREST | $ 1,884.59 | $ 58.48 |
| 006 | AMERICAN EXPRESS CENTURION BANK | $ 616.44 | $ 19.13 |
| 007 | MBNA AMERICA BANK NA | $ 38,626.08 | $ 1,198.54 |
| 008 | CITBANK USA NA | $ 9,037.83 | $ 280.44 |

| 009 | CHASE MANHATTAN BANK USA NA SUCCESSOR IN INTEREST | $ 35,600.24 | $ 1,104.65 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, checking, household goods and shares in Celsion Corp and Comdisco shares

Dated: **January 27, 2009**     For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: <br> DEMORY, CHARLES J <br><br> Debtor(s) | | CHAPTER 7 CASE <br><br> CASE NO. 04B-46061 JS <br><br> JUDGE JOHN SQUIRES |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 7,165.80 |
| 2. | Trustee's expenses | $ | 290.40 |
| | TOTAL | $ | 7,456.20 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 16,792.50 |
| | b. Expenses | $ | 62.39 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 2,772.50 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals

                    TOTAL    $  19,627.39

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

              ENTERED _____
                  JOHN SQUIRES
                  UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Jan 27, 2009
Case: 04-46061                Form ID: pdf002              Total Served: 23

The following entities were served by first class mail on Jan 29, 2009.
db             Charles J DeMory,    2 South 500 Beachwood Lane,    Glen Ellyn, IL  60137
aty           +John A Lipinsky,    Coman & Anderson,    1979 North Mill St,    Naperville, IL 60563-1200
tr            +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
8774734        AMERICAN EXPRESS,    AMEX CUSTOMER SERVICE,    P.O. BOX 297804,    FT. LAUDERDALE, FL  33329-7804
9098853        American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
                Malvern, PA 19355-0701
8774736        BANK ONE,    P.O. BOX 8650,    WILMINGTON, DE  19899-8650
8774735       +BANK ONE,    MANAGED ASSETS DEPARTMENT,    1 BANK ONE PLAZA,    CHICAGO, IL 60670-0001
8774739        COMDISCO HOLDINGS, INC.,    6118 N. RIVER RD.,    ROSEMONT, IL  60018
8774737        Chase Manhattan Bank USA, NA,    PO Box 52176,    Phoenix, AZ 85072-2176
9082355       +ChaseManhttnBankUSA,NA as successor in interest to,    Bank One Delaware, NA,
                c/o Weinstein & Riley, P.S.,    2101 4th Ave, Suite 900,    Seattle, WA 98121-2339
8774738        Citibank (South Dakota) NA,    Exception Payment Processing,    PO Box 6305,
                The Lakes, NV 88901-6305
9354067       +Citibank (USA) NA,    PO Box 182149,    Columbus, OH 43218-2149
8774741      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: FIFTH THIRD BANK,    38 FOUNTAIN SQUARE,    MAILDROP 1MOOCH2J,
                CINCINNATI, OH  45263)
8774732       +JOHN A. LIPINSKY,    1979 NORTH MILL ST.,    SUITE 211,    NAPERVILLE, IL 60563-8472
8856455       +Jack Costello trustee for Comdisco Litigation Trus,    Jonathan W Young, Esq,
                Wildman, Harrold, Allen & Dixon LLP,    225 West Wacker Drive Suite 3000,
                Chicago, IL 60606-3007
8774742       +MBNA America Bank, NA,    P.O. BOX 15168 MS 1423,    WILMINGTON, DE 19850-5168
8774744       +NATIONAL CITY,    P.O. BOX 856152,    LOUISVILLE, KY 40285-6152
8774745        SEARS MASTERCARD,    P.O. BOX 182156,    COLUMBUS, OH  43218-2156
8774746        UNITED MILEAGE PLUS,    BANK ONE,    P.O. BOX 8650,    WILMINGTON, DE  19899-8650
8774747       +WORLD WIDE BUSINESS CENTERS,    575 MADISON AVE.,    10TH FLOOR,    NEW YORK, NY 10022-2511
8774748       +YVONNE DEMORY,    2 S. 500 BEECHWOOD LN.,    GLEN ELLYN, IL 60137-6955
The following entities were served by electronic transmission on Jan 27, 2009.
8774740        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2009 02:47:18      DISCOVER CARD,
                P.O. BOX 15316,    WILMINGTON, DE  19850-5316
9054577        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2009 02:47:18      Discover Bank,
                c/o Discover Financial Services,    P O Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8774731        CHARLES J. DEMORY
8774743        MILESTONE CAPITAL CORP.,    IN BANKRUPTCY IN NEW JERSEY,    CASE NO. 03-41806
8774733*       CHARLES J. DEMORY,    2 SOUTH 500 BEACHWOOD LN.,    GLEN ELLYN, IL  60137
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 29, 2009**               **Signature:** *Joseph Speetjens*